IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11    CA. 04-664 JJF |
| | ) | |
| POLAROID CORPORATION, et al., | ) | Case No 01-10864 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Maribeth L. Minella, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Jay N. Heinrich (the "Admittee") of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York, to represent Wind Down Associates, LLC, as Plan Administrator, on Behalf of the Estates of Polaroid Corporation. The Admittee is admitted to practice in the State of New York and the United States District Court for the Southern District of New York.

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ m. m.
_____
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

WP3:976189.1                                                                                    58670.1001

The Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                             /s/ Jay N. Heinrich
                                             Jay N. Heinrich
                                             Kelley Drye & Warren, LLP
                                             101 Park Avenue
                                             New York, New York 10178
                                             Tel: 212-808-7800
                                             Fax: 212-808-7897

Motion Granted.

                                       BY THE COURT:

Date: March 16, 2005            /s/ Joseph J. Farnan
                                       UNITED STATES DISTRICT COURT JUDGE

WP3:976189.1                                                                     58670.1001